1  John V. Gaule    #105780
   ODDENINO & GAULE
2  444 East Huntington Drive
   Suite 325
3  Arcadia, California 91006
   P: (626) 447-5454 F: (626) 447-8354
4  hope@oddlaw.net

5

6  Attorneys for Defendant and
   Claimant-In-Interpleader
7  GRACIELA ELENA ORTIZ

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2007
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
FEB 26 2007
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>GLORIA IRENE ORTIZ, an individual; and GRACIELA ELENA ORTIZ, an individual,<br><br>            Defendants.<br><br>―――――――――――――<br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>GRACIELA CASTANO ORTIZ, JEREMY JOHN ORTIZ, a minor, JAVIER A. ORTIZ, SR., GLORIA I. ORTIZ,<br><br>            Defendants. | Case No. CV 05-7347 R (Ex)<br><br>Consolidated with:<br><br>Case No. CV 05-8117 R (EX)<br><br>[PROPOSED]<br>JUDGMENT<br><br>The Honorable Manuel L. Real, Judge |

    This matter came on regularly for trial on December 12, 2006 and February 6, 2007 before the Honorable Manuel L. Real, Judge of the United States District Court. Robert A. Foster, II, appeared on behalf of Defendant and Claimant in Interpleader

Gloria Oritz who was present. John V. Gaule appeared on behalf of Defendant and Claimant in Interpleader Graciela Ortiz who was also present.

The Court having considered all matters properly before it and having made its Findings of Fact and Conclusions of Law orders the entry of Judgment as follows:

1. The Court finds in favor of Defendant and Claimant in Interpleader Graciela Ortiz and against Defendant and Claimant in Interpleader Gloria Ortiz.

2. All funds interpleaded in these consolidated actions and remaining after previously-ordered payments, plus all accrued interest, shall be directed to the Probate Estate of Luis Gerardo Ortiz, where such funds shall be divided according to California laws of intestate succession, one third to Graciela Ortiz, one third to Jeremy Ortiz and one third to Jacob Ortiz.

SO ORDERED.

Dated: **Feb. 23, 2007**

The Honorable MANUEL L. REAL
Judge of the United States District Court

# PROOF OF SERVICE

I, Barbara A. Firth, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is: ODDENINO & GAULE, 444 East Huntington Drive, Suite 325, Arcadia, California 91006.

On **February 8, 2007**, I served the following document(s) described as:

**[PROPOSED] JUDGMENT**
**[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**

on all interested parties in this action by placing the ( ) original a (X) true copy thereof enclosed in a sealed envelope(s) addressed as follows:

> Robert A. Foster, II, Esq.
> **ROBERT A. FOSTER, II**
> 18101 Von Karman Ave., #1400
> Irvine, CA 92612
> P: (949) 476-0476 F: (949) 833-8256
> *Attorney for Defendant and Claimant-in-Interpleader.*

(X) **By Mail,** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in ordinary course of business. I know that the envelope(s) was/were sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Arcadia, California.

( ) **By Facsimile,** I caused the above-referenced document(s) to be transmitted to the following fax number(s): *Robert A. Foster, II, Esq. (949) 833-8256*

( ) **By overnight courier**, I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the address(es) on the attached service list.

( ) **[STATE]** I declare under the penalty of perjury under the law of the state of California that the foregoing is true and correct of my own knowledge.

(X) **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **8TH day of February, 2007**, at Arcadia, California.

*Barbara Firth*
Barbara A. Firth