| | |
|---|---|
| 1    Robert A. Foster, II      65825 | |
|      18101 Von Karman Ave., # 1400 | |
| 2    Irvine, CA 92612-0173 | cc: Fiscal |
|      949/476-0476 Fax 866/801-8778 | |
| 3    fosterbo@sbcglobal.net | |

Attorney for Gloria Ortiz, Defendant and Claimant-in-Interpleader

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation, | No. CV 05-7347 R (Ex) |
|      Plaintiff, | Consolidated by Minute Order entered on 12/8/05 with No. CV 05-8117 R |
| vs. | **This document refers to both cases and is to be docketed in the lower-numbered case CV 05-7347 R.** |
| GLORIA IRENE ORTIZ, an individual; an GRACIELA ELENA ORTIZ, an individual, | |
|      Defendants. | |
| _____ | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | No. CV 05-8117 R (Ex) |
|      Plaintiff, | **JUDGMENT IN ACCORDANCE THE JUDGMENT OF THE NINTH CIRCUIT COURT OF APPEALS ENTERED ON 8/1/08** |
| vs. | |
| GRACIELA CASTAÑO ORTIZ, JEREMY JOHN ORTIZ, a minor, JAVIER A. ORTIZ, Sr., GLORIA I. ORTIZ, | Ex Parte Application filed on September 29, 2008 |
| | Honorable Manuel L. Real, Judge |
|      Defendants. | Courtroom 8 |
| _____ | |

1.

| | |
|---|---:|
| **Life Insurance Co. v. Ortiz** | CV 05-7347 R |
| **Reliance Standard v. Ortiz** | CV 05-8117 R |

### JUDGMENT IN ACCORDANCE WITH THE JUDGMENT OF THE NINTH CIRCUIT COURT OF APPEALS ENTERED ON 8/1/08

1. This judgment refers to both of the above-captioned consolidated cases.

2. The court awards the disputed life insurance proceeds including interest thereon ninety-three point fifty-five percent (93.55%) to Gloria Ortiz and six point forty-five percent (6.45%) to Graciela Ortiz.  Let judgment be entered accordingly.

Dated: April 9, 2009

_____
MANUEL L. REAL
United States District Judge

2.